NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SCOTTRADE, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 109

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David J. Folsom.

---

ON MOTION

---

## O R D E R

Petitioner Scottrade, Inc. and Respondent Ganas, LLC jointly move to withdraw Scottrade's petition for writ of mandamus to the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw Scottrade's petition for writ of mandamus is granted.

FOR THE COURT

JAN 13 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jason M. Schwent, Esq.
    Zachariah Spear Harrington, Esq.
    Clerk, United States District Court for the Eastern
District of Texas

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2012

JAN HORBALY
CLERK